DENCKER, Respondent, v. SEYMOUR, Appellant.

(161 N. W. 192.)

(File No. 3958.  Opinion filed February 3, 1917.)

**Appeals—Abandonment of Appeal—Failure to Serve Brief—Affirmance.**

Where nearly six months had expired after expiration of time for serving appellant's brief, as allowed and stipulated, and over thirteen months had expired after service of notice of appeal, and more than that time had expired since completion of settled record, the appeal will be deemed abandoned and judgment appealed from affirmed.

Action by Gustav Dencker, against F. A. Seymour. From a judgment for plaintiff, defendant appeals. Affirmed.

*John W. Addie,* for Appellant.

*E. P. Wanzer,* for Respondent.

McCOY, J.  There was judgment in the lower court for plaintiff, and defendant appeals. From the record it appears

that the notice of appeal was served on the 18th day of December, 1915, and that the settled record was completed on the 1st day of December, 1915. Appellant's time within which to serve brief on appeal, by stitpulations duly filed, was extended to the 16th day of August, 1916. No brief on appeal has ever been field by appellant, and by reason thereof the said appeal in this action is deemed abandanced.

The judgment appealed from is affirmed.